# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JIAN NA WU | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 19-4162-PSG (JPRx) |
| v. | |
| OREGON TRAIL CORPORATION, INC. ET AL | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 6/13/19 | / | 18 | / | MOTION TO DISMISS |
|---|---|---|---|---|
| Date Filed | | Doc. No. | | Title of Document |

| | / | | / | |
|---|---|---|---|---|
| Date Filed | | Doc. No. | | Title of Document |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☑ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other: Motion refiled on the same day.

Dated: 6/19/19

By: _____
U.S. District Judge / ~~U.S. Magistrate Judge~~

cc: Assigned District and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)     ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)