Adam M. Satnick, California State Bar No. 302326
(adam@satnicklaw.com)
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone:   (310) 356-8472
Facsimile:    (310) 436-4969

Benson K. Lau, California State Bar No. 287429
(benson@thelaulawfirm.com)
1130 South Flower Street, #112
Los Angeles, CA 90015
Telephone:   (424) 243-6845
Facsimile:    (213) 221-4785

Attorneys for Jian Na Wu

# THE UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAN NA WU, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>OREGON TRAIL CORPORATION, a California corporation; AIM UNITED LLC, a California limited liability company; SOUNDMIND ENTERPRISES LLC, a California limited liability company doing business as UR FRIENDLY MOVER; ERIC MARK, an individual; RYAN MARK, an individual; CHRIS MARK, an individual doing business as FAR WEST REALTY; BRIAN ANGEL, an individual; JASON ROSSO, an individual; WESLEY ROSSO, an individual; JOSHUA MEDINA, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-04162-PSG-JPR<br><br>**REQUEST TO ENTER DEFAULT OF DEFENDANT OREGON TRAIL CORPORATION, INC.** |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

　　Plaintiff Jian Na Wu ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Oregon Trail Corporation, Inc., on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff served the complaint on defendant Oregon Trail Corporation, Inc., by substitute service on June 3, 2019, evidenced by the proof of service of summons, and proof of service by mailing, attached to the Declaration of Adam M. Satnick, filed concurrently herewith. Defendant Oregon Trail Corporation, Inc.'s last day to file a response to the complaint was July 8, 2019.

DATED: July 12, 2019                                LAW OFFICE OF ADAM M. SATNICK

By: _____
ADAM M. SATNICK
Attorney for Jian Na Wu

LAW OFFICE OF ADAM M SATNICK
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone: (310) 356-8472

Adam M. Satnick, California State Bar No. 302326
(adam@satnicklaw.com)
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone:  (310) 356-8472
Facsimile:   (310) 436-4969

Benson K. Lau, California State Bar No. 287429
(benson@thelaulawfirm.com)
1130 South Flower Street, #112
Los Angeles, CA 90015
Telephone:  (424) 243-6845
Facsimile:   (213) 221-4785

Attorneys for Jian Na Wu

# THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAN NA WU, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>OREGON TRAIL CORPORATION, a California corporation; AIM UNITED LLC, a California limited liability company; SOUNDMIND ENTERPRISES LLC, a California limited liability company doing business as UR FRIENDLY MOVER; ERIC MARK, an individual; RYAN MARK, an individual; CHRIS MARK, an individual doing business as FAR WEST REALTY; BRIAN ANGEL, an individual; JASON ROSSO, an individual; WESLEY ROSSO, an individual; JOSHUA MEDINA, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-04162-PSG-JPR<br><br>**DECLARATION OF ADAM M. SATNICK, ESQ., IN SUPPORT OF CLERK-ENTRY DEFAULT** |

**I, Adam M. Satnick, Esq., declare as follows:**

   1. I am an attorney duly licensed to practice before all the Courts of the State of California. I am counsel for Plaintiff Jian Na Wu in the above-captioned matter. I have personal knowledge of the facts set forth herein and if called as a witness I could and would competently testify thereto.

2. On June 3, 2019, Plaintiff Jian Na Wu served the subject defendant by substitute service. The subject defendant's deadline to file a response or appear was July 8, 2019. Attached as Exhibit "A" are a true and correct copies of the proof of service of summons and proof of service by mailing.

3. The subject defendant has not appeared in this action and has not responded to the complaint within the time permitted by law.

4. The subject defendant is not a minor, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 12, 2019

(Declarant)

_____

EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Adam Satnick SBN 302326**<br>**Law Office of Adam M Satnick**<br>**11755 Wilshire Blvd. Suite 1250**<br>**Los Angeles, CA 90025**<br>ATTORNEY FOR **Plaintiff** | **(310) 356-8472** | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Wu Jian Na v. Oregon Trail Corporation Inc. | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>2:19-cv-04162 RSWL (JPRx) |
| | **Declaration of Service** | Ref. No. or File No:<br>Wu |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Notice of Assignment to United States Judges; Order Returning Case for Reassignment; Complaint; Request to Proceed in Forma Pauperis with Declaration in Support; Notice to Parties of Court-Directed ADR Program; Certification and Notice of Interested Parties; Notice of Change of Attorney Business or Contact Information; Notice of Appearance or Withdrawal of Counsel;;**

On: **Oregon Trail Corporation, A California corporation**

I served the above listed documents in accordance with FRCP 4(h) or CCP 415.20(a)

at: **4022 Katella Ave Ste. 104  Los Alamitos, CA 90720**

On: **6/3/2019**            Date:  **04:02 PM**

In the above mentioned action  by serving to and leaving with

**Lizbeth Morales (Gender: F Age: 31 Height: 5'4 Weight: 140 Race: Hispanic  Hair: Brown Other: Glasses)**
**Office Assistant**

A declaration of diligence and/or mailing is attached if applicable.

Person attempting service:

  a. Name: **Cesar Gonzalez**
  b. Address: **1545 Wilshire Blvd.  Suite 311, Los Angeles, CA 90017**
  c. Telephone number: **213-628-6338**
  d. **The fee** for this service was: **69.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Cesar Gonzalez            Date: **06/05/2019**

Declaration of Service                                      Invoice #: 2738543

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Adam Satnick SBN 302326**<br>**Law Office of Adam M Satnick**<br>**11755 Wilshire Blvd. Suite 1250**<br>**Los Angeles, CA 90025**<br>ATTORNEY FOR **Plaintiff** | **(310) 356-8472** | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Wu Jian Na v. Oregon Trail Corporation Inc. | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>2:19-cv-04162 RSWL (JPRx) |
| **Proof of Service by Mail** | | Ref. No. or File No:<br>Wu |

I am a citizen of the United States and employed in the County of **Orange** State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **06/05/2019** after substituted service was made, I served the within:

*Summons in a Civil Action; Notice of Assignment to United States Judges; Order Returning Case for Reassignment; Complaint; Request to Proceed in Forma Pauperis with Declaration in Support; Notice to Parties of Court-Directed ADR Program; Certification and Notice of Interested Parties; Notice of Change of Attorney Business or Contact Information; Notice of Appearance or Withdrawal of Counsel;;*

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Santa Ana**, California, addressed as follows:
**Oregon Trail Corporation, A California corporation**
**4022 Katella Ave Ste. 104  Los Alamitos, CA 90720**

Person attempting service:

  a. Name: **Danielle Portugal**
  b. Address: **1545 Wilshire Blvd.  Suite 311, Los Angeles, CA 90017**
  c. Telephone number: **213-628-6338**
  d. **The fee** for this service was: **69.50**
  e. I am:
  (3) [X] a registered California process server:
      (i) [X] Employee
      (ii) Registration No.:
      (iii) County: **Orange**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



Danielle Portugal                                         Date: 06/05/2019