1  Adam M. Satnick, California State Bar No. 302326
   (adam@satnicklaw.com)
2  11755 Wilshire Blvd., Suite 1250
   Los Angeles, CA 90025
3  Telephone:   (310) 356-8472
   Facsimile:   (310) 436-4969
4  Benson K. Lau, California State Bar No. 287429
   (benson@thelaulawfirm.com)
5  1130 South Flower Street, #112
   Los Angeles, CA 90015
6  Telephone:   (424) 243-6845
   Facsimile:   (213) 221-4785
7  Attorneys for Jian Na Wu

8           THE UNITED STATES DISTRICT COURT FOR THE

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 JIAN NA WU, an individual,              Case No.: 2:19-cv-04162-PSG-JPR

12               Plaintiff,                **REQUEST TO ENTER DEFAULT
                                            OF DEFENDANT JOSHUA
13      vs.                                 MEDINA**

14 OREGON TRAIL CORPORATION, a
   California corporation; AIM UNITED
15 LLC, a California limited liability company;
   SOUNDMIND ENTERPRISES LLC, a
16 California limited liability company doing
   business as UR FRIENDLY MOVER;
17 ERIC MARK, an individual; RYAN
   MARK, an individual; CHRIS MARK, an
18 individual doing business as FAR WEST
   REALTY; BRIAN ANGEL, an individual;
19 JASON ROSSO, an individual; WESLEY
   ROSSO, an individual; JOSHUA
20 MEDINA, an individual; and DOES 1
   through 100, inclusive,
21

22               Defendants.

23 **TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

24      Plaintiff Jian Na Wu ("Plaintiff") hereby requests that the Clerk of the above-

25 entitled Court enter default in this matter against defendant Joshua Medina on the

26 ground that said defendant has failed to appear or otherwise respond to the complaint

27 within the time prescribed by the Federal Rules of Civil Procedure.

28

LAW OFFICE OF ADAM M SATNICK
11755 Wilshire Blvd, Suite 1250
Los Angeles, CA 90025
Telephone: (310) 356-8472

Plaintiff served the complaint on defendant Oregon Trail Corporation, Inc., by substitute service on June 2, 2019, evidenced by the proof of service of summons, declaration of diligence, and proof of service by mailing, attached to the Declaration of Adam M. Satnick, filed concurrently herewith. Defendant Joshua Medina's last day to file a response to the complaint was July 5, 2019.

DATED: July 12, 2019                     LAW OFFICE OF ADAM M. SATNICK

By: _____
ADAM M. SATNICK
Attorney for Jian Na Wu

LAW OFFICE OF ADAM M SATNICK
11755 Wilshire Blvd, Suite 1250
Los Angeles, CA 90025
Telephone: (310) 356-8472

1  Adam M. Satnick, California State Bar No. 302326
   (adam@satnicklaw.com)
2  11755 Wilshire Blvd., Suite 1250
   Los Angeles, CA 90025
3  Telephone:    (310) 356-8472
   Facsimile:     (310) 436-4969
4  Benson K. Lau, California State Bar No. 287429
   (benson@thelaulawfirm.com)
5  1130 South Flower Street, #112
   Los Angeles, CA 90015
6  Telephone:    (424) 243-6845
   Facsimile:     (213) 221-4785
7  Attorneys for Jian Na Wu

8              **THE UNITED STATES DISTRICT COURT FOR THE**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JIAN NA WU, an individual,                    Case No.: 2:19-cv-04162-PSG-JPR

12              Plaintiff,                         **DECLARATION OF ADAM M.
                                                   SATNICK, ESQ., IN SUPPORT OF**
13       vs.                                       **CLERK-ENTRY DEFAULT**

14  OREGON TRAIL CORPORATION, a
    California corporation; AIM UNITED
15  LLC, a California limited liability company;
    SOUNDMIND ENTERPRISES LLC, a
16  California limited liability company
    doing business as UR FRIENDLY MOVER;
17  ERIC MARK, an individual; RYAN
    MARK, an individual; CHRIS MARK, an
18  individual doing business as FAR WEST
    REALTY; BRIAN ANGEL, an individual;
19  JASON ROSSO, an individual; WESLEY
    ROSSO, an individual; JOSHUA
20  MEDINA, an individual; and DOES 1
    through 100, inclusive,
21

22              Defendants.

23

    **I, Adam M. Satnick, Esq., declare as follows:**
24
         1.      I am an attorney duly licensed to practice before all the Courts of the
25
    State of California. I am counsel for Plaintiff Jian Na Wu in the above-captioned
26
    matter. I have personal knowledge of the facts set forth herein and if called as a witness
27
    I could and would competently testify thereto.
28

*LAW OFFICE OF ADAM M SATNICK*
*11755 Wilshire Blvd, Suite 1250*
*Los Angeles, CA 90025*
*Telephone: (310) 356-8472*

2. On June 2, 2019, Plaintiff Jian Na Wu served the subject defendant by substitute service. The subject defendant's deadline to file a response or appear was July 5, 2019. Attached as Exhibit "A" are a true and correct copies of the proof of service of summons, declaration of diligence, and proof of service by mailing.

3. The subject defendant has not appeared in this action and has not responded to the complaint within the time permitted by law.

4. The subject defendant is not a minor, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July __12__, 2019

(Declarant)

_____

LAW OFFICE OF ADAM M SATNICK
11755 Wilshire Blvd, Suite 1250
Los Angeles, CA 90025
Telephone: (310) 356-8472

EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Adam Satnick SBN 302326**<br>**Law Office of Adam M Satnick**<br>**11755 Wilshire Blvd. Suite 1250**<br>**Los Angeles, CA 90025**<br>ATTORNEY FOR  **Plaintiff** | **(310) 356-8472** | |

| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 |
|---|

| SHORT TITLE OF CASE:<br>Wu Jian Na v. Oregon Trail Corporation Inc. |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:19-cv-04162 RSWL (JPRx) |
|---|---|---|---|
| | **Declaration of Service** | | Ref. No. or File No:<br>Wu |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Notice of Assignment to United States Judges; Order Returning Case for Reassignment; Complaint; Request to Proceed in Forma Pauperis with Declaration in Support; Notice to Parties of Court-Directed ADR Program; Certification and Notice of Interested Parties; Notice of Change of Attorney Business or Contact Information; Notice of Appearance or Withdrawal of Counsel;;**

On: **Joshua Medina, an individual**

I served the above listed documents in accordance with FRCP 4(h) or CCP 415.20(a)

at: **703 E Meats Ave   Orange, CA 92865**

On: **6/2/2019**          Date:  **01:30 PM**

In the above mentioned action  by serving to and leaving with

**Wesley Rosso (Gender: M Age: 40 Height: 5'11 Weight: 180 Race: Caucasian Hair: Brown Other: )**
**Occupant**

A declaration of diligence and/or mailing is attached if applicable.

Person attempting service:

   a. Name: **Carly Caldwell**
   b. Address: **1545 Wilshire Blvd.  Suite 311, Los Angeles, CA 90017**
   c. Telephone number: **213-628-6338**
   d. **The fee** for this service was: **109.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



| Carly Caldwell | Date: 06/04/2019 |
|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Adam Satnick SBN 302326<br>Law Office of Adam M Satnick<br>11755 Wilshire Blvd. Suite 1250<br>Los Angeles CA 90025<br>ATTORNEY FOR    Plaintiff | (310) 356-8472<br><br>Ref. No. or File No.<br>Wu | |

| UNITED STATES DISTRICT COURT - FIRST STREET FEDERAL COURTHOUSE LOS ANGELES<br>350 W 1st Street<br>Los Angeles, CA 90012 |
|---|

| SHORT TITLE OF CASE:<br>Wu Jian Na v. Oregon Trail Corporation Inc. |
|---|

| INVOICE NO.<br>2716005-09 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:19-cv-04162 RSWL (JPRx) |
|---|---|---|---|---|

United States District Court
Declaration of Diligence

Person to Serve: Joshua Medina, an individual

Documents Received:

Summons in a Civil Action; Notice of Assignment to United States Judges; Order Returning Case for Reassignment; Complaint; Request to Proceed in Forma Pauperis with Declaration in Support; Notice to Parties of Court-Directed ADR Program; Certification and Notice of Interested Parties; Notice of Change of Attorney Business or Contact Information; Notice of Appearance or Withdrawal of Counsel;;

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**May 22 2019  09:29AM**   703 E Meats Ave , Orange, CA 92865; There is no answer at residence address. Quiet
**May 22 2019  09:56AM**   1412 E Lincoln Ave , Orange, CA 92865; There is no answer at residence address.
**May 24 2019  03:53PM**   1412 E Lincoln Ave , Orange, CA 92865; The address given is not valid for subject.
                Per Ben Wilson lived here a year subj unknown.
**Jun 02 2019  01:30PM**   703 E Meats Ave , Orange, CA 92865; Sub-Served on co-occupant, by leaving documents
                with Wesley Rosso.

Person attempting service:
  a. Name: Carly Caldwell
  b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
  c. Telephone number: 213-628-6338
  d. The fee for this service was: 109.00
  e. I am:
  (3) [X] a registered CA process server:
       (i) [X] Independent Contractor

CONTINUED ON NEXT PAGE

**Declaration of Diligence**

**Billing Code:** Wu

| PLAINTIFF/PETITIONER: | Jian Na Wu | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Oregon Trail Corporation, Inc. | 2:19-cv-04162 RSWL (JPRx) |

(ii) Registration No.: 3056   Expires: 8/9/2019
(iii) County: Orange

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

6/4/2019

Carly Caldwell                                                    >

**Declaration of Diligence**

**Billing Code:** Wu

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Adam Satnick SBN 302326**<br>**Law Office of Adam M Satnick**<br>**11755 Wilshire Blvd. Suite 1250**<br>**Los Angeles, CA 90025**<br>ATTORNEY FOR  **Plaintiff** | **(310) 356-8472** | |

| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 |
|---|

| SHORT TITLE OF CASE:<br>Wu Jian Na v. Oregon Trail Corporation Inc. |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:19-cv-04162 RSWL (JPRx) |
|---|---|---|---|
| **Proof of Service by Mail** | | | Ref. No. or File No:<br>Wu |

I am a citizen of the United States and employed in the County of **Orange** State of California.  I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **06/04/2019** after substituted service was made, I served the within:

*Summons in a Civil Action; Notice of Assignment to United States Judges; Order Returning Case for Reassignment; Complaint; Request to Proceed in Forma Pauperis with Declaration in Support; Notice to Parties of Court-Directed ADR Program; Certification and Notice of Interested Parties; Notice of Change of Attorney Business or Contact Information; Notice of Appearance or Withdrawal of Counsel;;*

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Santa Ana**, California, addressed as follows:
**Joshua Medina, an individual**
**703 E Meats Ave   Orange, CA 92865**

Person attempting service:

    a. Name: **Danielle Portugal**
    b. Address: **1545 Wilshire Blvd.  Suite 311, Los Angeles, CA 90017**
    c. Telephone number: **213-628-6338**
    d. **The fee** for this service was: **109.00**
    e. I am:
    (3) [X] a registered California process server:
        (i) [X] Employee
        (ii) Registration No.:
        (iii) County: **Orange**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



                                                                                   
**Danielle Portugal**                           Date: **06/04/2019**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Adam Satnick SBN 302326<br>Law Office of Adam M Satnick<br>11755 Wilshire Blvd. Suite 1250<br>Los Angeles CA 90025<br>ATTORNEY FOR      Plaintiff | (310) 356-8472<br><br>Ref. No. or File No.<br>Wu | |

| FIRST STREET FEDERAL COURTHOUSE LOS ANGELES |
|---|
| 350 W 1st Street<br>Los Angeles, CA 90012 |

| SHORT TITLE OF CASE: |
|---|
| Wu Jian Na v. Oregon Trail Corporation Inc. |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 2716005-09 | | | | 2:19-cv-04162 RSWL (JPRx) |

Not Found or Non Service Return

I, the undersigned am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action, attempted to serve the following:

Summons in a Civil Action; Notice of Assignment to United States Judges; Order Returning Case for Reassignment; Complaint; Request to Proceed in Forma Pauperis with Declaration in Support; Notice to Parties of Court-Directed ADR Program; Certification and Notice of Interested Parties; Notice of Change of Attorney Business or Contact Information; Notice of Appearance or Withdrawal of Counsel;;

and that after due search, careful inquiry and diligent attempts I have been unable to make delivery of said process on the within named:

Joshua Medina, an individual

Process is being returned without service for the following reasons

| | | |
|---|---|---|
| **May 22 2019** | **09:29AM** | 703 E Meats Ave , Orange, CA 92865; There is no answer at residence address. Quiet |
| **May 22 2019** | **09:56AM** | 1412 E Lincoln Ave , Orange, CA 92865; There is no answer at residence address. |
| **May 24 2019** | **03:53PM** | 1412 E Lincoln Ave , Orange, CA 92865; The address given is not valid for subject.<br>Per Ben Wilson lived here a year subj unknown. |
| **Jun 02 2019** | **01:30PM** | 703 E Meats Ave , Orange, CA 92865; Sub-Served on co-occupant, by leaving documents<br>with Wesley Rosso. |

Person attempting service:
 a. Name: Carly Caldwell
 b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
 c. Telephone number: 213-628-6338

CONTINUED ON NEXT PAGE

**State CA Not Found**

Billing Code: Wu

| PLAINTIFF/PETITIONER: | Jian Na Wu | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Oregon Trail Corporation, Inc. | 2:19-cv-04162 RSWL (JPRx) |

d. The fee for this service was: 109.00
e. I am:
(3) [X] a registered California process server:
    (i) [X] Independent Contractor
    (ii) Registration No.: 3056   Expires: 8/9/2019
    (iii) County: Orange

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6/4/2019

Carly Caldwell

>

**State CA Not Found**

**Billing Code:** Wu