Adam M. Satnick, California State Bar No. 302326
(adam@satnicklau.com)
Benson K. Lau, California State Bar No. 287429
(benson@satnicklau.com)
**SATNICK LAU LLP**
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Telephone:   (310) 356-8472
Facsimile:    (310) 436-4969

Attorneys for Jian Na Wu

# THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAN NA WU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OREGON TRAIL CORPORATION, a California corporation; AIM UNITED LLC, a California limited liability company; SOUNDMIND ENTERPRISES LLC, a California limited liability company doing business as UR FRIENDLY MOVER; ERIC MARK, an individual; RYAN MARK, an individual; CHRIS MARK, an individual doing business as FAR WEST REALTY; BRIAN ANGEL, an individual; JASON ROSSO, an individual; WESLEY ROSSO, an individual; JOSHUA MEDINA, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-04162 PSG(JPRx)<br><br>**[*PROPOSED*] ORDER RE ADAM M. SATNICK, ESQ., AND BENSON K. LAU ESQ.'S, MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD FOR PLAINTIFF JIAN NA WU**<br><br>Date: Monday, March 16, 2020<br>Time: 1:30 p.m.<br>Courtroom: 6A (Hon. Philip S. Gutierrez) |

The Court, having reviewed Adam M. Satnick, Esq., and Benson K. Lau, Esq.'s, motion for withdrawal, and, finding good cause therefor, HEREBY ORDERS:

1. The motion for withdrawal is GRANTED;

DATED: _____                    _____
                                     District Court Judge for the Central District of California